```
McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California  95814
Telephone:  (916) 554-2771
```



**FILED**

JUL 1 8 2006



# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) NO. 2:06-SW-0167 KJM
) 
  Plaintiff, ) ORDER
) 
  v. ) 
) **UNDER SEAL**
[SEALED], ) 
) 
  Defendant, ) 

The attached search warrant dated July 18, 2006, be and the same hereby is SEALED until its execution. The Clerk of Court may not before or until its execution, unseal or release this document without first contacting the United States Attorney.

DATED: July 18, 2006

Honorable Kimberly J. Mueller
United States Magistrate Judge
Eastern District of California